156 A.3d 168

STATE OF NEW JERSEY, PLAINTIFF-CROSS-RESPONDENT, v. STEPHON G. WRIGHT, DEFENDANT-CROSS-PETITIONER.

November 3, 2016

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–004309–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.

156 A.3d 168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PAUL KUMAR, DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002513–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.